UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------

Michael Hickson,

        Petitioner,

-vs-                           ORDER

David Miller, Superintendent,    CV-04-859(FB)

        Respondents.

------------------------------------

    On July 1, 2005 the Court issued a writ of habeas corpus ad testificandum to produce inmate Michael Hickson inmate #00A1989 from the Eastern New York Correctional Facility to the Marshall of the Eastern District of New York on July 13, 2005 so he may appear for a hearing on his pending petition. Accordingly, it is

    HEREBY ORDERED upon the petitioner's production the Marshall shall house the petitioner in the Metropolitan Detention Center until such time as his appearance is no longer required, whereby he can then be return to the Eastern New York Correctional Facility located in Napanoch, N.Y..

    The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       July 13, 2005

                                      U.S.D.J.